```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 07059
    GLORIA J STEPHENS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-9921

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/22/2006 and was confirmed 01/17/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED               900.00           .00         900.00
GREAT AMERICAN FINANCE     SECURED              4400.00           .00        4400.00
SELECT PORTFOLIO SERVICI   CURRENT MORTG           .00            .00            .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE       2530.94            .00        2530.94
ARONSON FURNITURE          UNSECURED          NOT FILED           .00            .00
CBUSA SEARS                UNSECURED          NOT FILED           .00            .00
CERTEGY                    UNSECURED          NOT FILED           .00            .00
CITI CARDS CBSDNA          UNSECURED          NOT FILED           .00            .00
FASHION BUG/SOANB          UNSECURED          NOT FILED           .00            .00
FIRST NATIONAL BANK OF M   UNSECURED          NOT FILED           .00            .00
MCCBG OLD NAVY             UNSECURED          NOT FILED           .00            .00
GREAT AMERICAN FINANCE     UNSECURED          NOT FILED           .00            .00
SHELL CITICARD             UNSECURED          NOT FILED           .00            .00
PEOPLES GAS & LIGHT        UNSECURED             959.42           .00         959.42
PALISADE COLLECTION        UNSECURED          NOT FILED           .00            .00
HOUSEHOLD                  UNSECURED          NOT FILED           .00            .00
HOUSEHOLD                  UNSECURED          NOT FILED           .00            .00
BALLYS TOTAL FITNESS       UNSECURED          NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          NOT FILED           .00            .00
CCB CREDIT SERVICE INC     UNSECURED          NOT FILED           .00            .00
CHICAGO P O EMP CR UN      UNSECURED          NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          NOT FILED           .00            .00
PAY DAY LOAN STORE         UNSECURED          NOT FILED           .00            .00
FIRST PAYDAY LOANS         UNSECURED          NOT FILED           .00            .00
AMERICREDIT LOANS          UNSECURED          NOT FILED           .00            .00
US PAYDAY LOAN             UNSECURED          NOT FILED           .00            .00
CREDIT RECOVERY INC        UNSECURED          NOT FILED           .00            .00
ARONSON FURNITURE          UNSECURED             116.63           .00         116.63
COOK COUNTY TREASURER      SECURED               593.36           .00         593.36
ECAST SETTLEMENT CORP      UNSECURED             1103.51          .00        1103.51
RESURGENT CAPITAL SERVIC   UNSECURED             646.25           .00         646.25
RICHARD M FOGEL            NOTICE ONLY        NOT FILED           .00            .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 07059 GLORIA J STEPHENS
```

```
GLEASON & MACMASTER      DEBTOR ATTY    2,440.00                   2,440.00
TOM VAUGHN               TRUSTEE                                     961.50
DEBTOR REFUND            REFUND                                      260.41

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                14,912.02

PRIORITY                                             .00
SECURED                                         8,424.30
UNSECURED                                       2,825.81
ADMINISTRATIVE                                  2,440.00
TRUSTEE COMPENSATION                              961.50
DEBTOR REFUND                                     260.41
                       ---------------    ---------------
TOTALS                 14,912.02                14,912.02
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 10/16/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE